1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  MATTHEW P. DE MOURA
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2936

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   Mag. No. 10-299 KJM
                                  )
12          Plaintiff,             )   Order
                                  )
13      v.                         )
                                  )
14 SAUL GUZMAN,                    )   DATE: December 6, 2010
                                  )   TIME: 10:00 a.m.
15          Defendant.             )   JUDGE: Hon. Kimberly J. Mueller
   _____)

16

17      It is Hereby Ordered that the plaintiff United States of

18 America's motion to dismiss Mag. No. 10-299 KJM is GRANTED.

19      IT IS SO ORDERED.

20 Dated: December 2, 2010.

21

22                                  _____
                                    U.S. MAGISTRATE JUDGE
23

24

25

26

27

28